818

No. 145. ROEHNER *v.* ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. *Edward T. Roehner,* petitioner, *pro se. Lyman M. Tondel, Jr.,* for respondents.

No. 147. BALDWIN-HALL, INC. *v.* NEW YORK. Ct. Cl. N. Y. Certiorari denied. *George R. Fearon* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Ruth Kessler Toch,* Acting Solicitor General, and *Jean M. Coon,* Assistant Attorney General, for respondent.

No. 148. JONES COAL CO. *v.* UNITED STATES FOR THE USE AND BENEFIT OF JAHN, TRUSTEE. C. A. 6th Cir. Certiorari denied. *Sizer Chambliss* for petitioner. *Richard P. Jahn* for respondent.

No. 151. HARRIS ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Charles A. Bellows* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Anthony P. Nugent, Jr.,* for the United States.

No. 153. SHARP *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. *Maurice R. Woulfe* for petitioner.

No. 154. DOCTOR *v.* UNITED STATES. Ct. Cl. Certiorari denied. *George R. Ruditz* for petitioner. *Solicitor General Marshall, Assistant Attorney General Douglas, David L. Rose* and *Frederick B. Abramson* for the United States.